IPPV ENTERPRISES, LLC and Maast, Inc., Plaintiffs–Cross Appellants,

v.

ECHOSTAR COMMUNICATIONS CORP., Defendant–Appellant,

and

Nagravision, S.A. and Nagrastar, L.L.C., Defendants–Appellees.

Nos. 03–1365, 03–1392.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 18, 2004.

Philip L. Cohan, James M. Heintz, Washington, DC, Donald F. Parsons, Jr., Rodger D. Smith, Wilmington, DE, Hugh J. Marbury, John C. Dougherty, Baltimore, MD, for defendant–appellant.

David M. Schlitz, Frederick G. Michaud, Jr., Samuel C. Miller, III, Bruce T. Wieder, Timothy A. Molino, Mark R. Kresloff, S. Lloyd Smith, Alexandria, VA, for plaintiffs–cross appellants.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).